**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ARIEL SHOEMAKE a/k/a ARIEL MATOS and ELBA NIEVES,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Case No. 2:26-cv-148** |
| **v.** | § | |
| | § | |
| **JEFFERSON CAPITAL SYSTEMS, LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Jefferson Capital Systems, LLC ("JCAP"), hereby removes the above captioned civil action from the Court of Common Pleas of Philadelphia County: First Judicial District of Pennsylvania to the United States District Court for the Eastern District of Pennsylvania. The removal of this civil action is proper because:

1. JCAP is a defendant in a civil action filed by plaintiffs, Ariel Shoemake a/k/a Ariel Matos and Elba Nieves ("plaintiffs"), in the Court of Common Pleas of Philadelphia County: First Judicial District of Pennsylvania, captioned as *Ariel Shoemake a/k/a Ariel Matos and Elba Nieves v. Jefferson Capital Systems, LLC.*, Case No. 251201180 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, JCAP removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. The Complaint in the State Court Action asserts claims under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq*. A true and correct copy of Plaintiffs' Complaint and the complete State Court record is attached hereto as **Exhibit A.**

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiffs' FDCPA claims pursuant to 28 U.S.C. § 1331.

5. The Court of Common Pleas of Philadelphia County: First Judicial District of Pennsylvania, is located within the Eastern District of Pennsylvania. Therefore, venue for purposes of removal is proper because the United States District Court for the Eastern District of Pennsylvania embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1446(b), JCAP has timely filed this Notice of Removal. JCAP was served with process and the Complaint on December 12, 2025. This Notice of Removal is being filed within 30 days from service of the Complaint.

7. A copy of this Notice of Removal is being served upon plaintiffs and filed concurrently with the Court of Common Pleas of Philadelphia County: First Judicial District of Pennsylvania.

WHEREFORE, defendant, Jefferson Capital Systems, LLC, hereby removes the State Court Action to this Honorable Court.

Respectfully Submitted,

*/s/ Aaron R. Easley*

Aaron R. Easley (73683)
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive

Flemington, NJ 08822-4938
Telephone: (908) 237-1660
Facsimile: (877) 334-0661
Email: aeasley@sessions.legal

*Attorney for Defendant,*
*Jefferson Capital Systems, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Pennsylvania and served by email upon counsel for Plaintiff at the below address:

Robert P. Cocco, Esq.
Law Offices of Robert P. Cocco, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone: (215) 351-0200
Email: bob.cocco@phillyconsumerlaw.com

*/s/ Aaron R. Easley*
Aaron R. Easley